**SEALED**

**FILED**

JUL 1 9 2007


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff, )
   v. )
SEALED, )
        Defendant. )

07cr314 FCD

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until the arrest of the first defendant in this case.

DATED: JUL 1 9 2007

HONORABLE MORRISON C. ENGLAND
United States District Judge

**(Sealing Order Until Arrest)**

1