McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2793



**FILED**

JUL 1 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   CR. No. 2:07 - CR - - 3 1 4 FCD
                                   )
                Plaintiff,         )   ORDER TO SEAL
         v.                        )   (UNDER SEAL)
                                   )
JOSE LUIS MORALES,                 )
JUAN MORALES,                      )
ENRIQUE MORALES,                   )
TERESA MARIA MORALES,              )
PETRA PRECIADO MORALES             )
EDER MARTINEZ RIOS, and            )
EDGAR MARTINEZ RIOS,               )
                                   )
                Defendants.        )
_____)

The Court hereby orders that the Indictment, the Arrest
Warrants, Petition to Seal, and this Order, in the above-
referenced case, shall be sealed until the arrest of the first
defendant in this case or further order of this Court.

DATED:  JUL 1 9 2007
_____

_____
HONORABLE MORRISON C. ENGLAND
United States District Judge