**FILED**
August 8, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07-cr-314 FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Jose Luis Morales, ) | |
| ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release _Jose Luis Morales_ Case _2:07-cr-314 FCD_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $100,000 to be cosigned by Mr. Mercado and replaced by a bond secured by the real property owned by Mr Mercado within 14 (b) days

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _8/8/07_ at _3:15 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge