FILED
August 8, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:07-cr-314 FCD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Jose Luis Morales, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _Jose Luis Morales_ Case _2:07-cr-314 FCD_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_ Release on Personal Recognizance

- \_ Bail Posted in the Sum of _____

- X Unsecured bond in the amount of $100,000 to be cosigned by Mr. Mercado and replaced by a bond secured by the real property owned by Mr Mercado within 14 (b) days

- \_ Appearance Bond with 10% Deposit

- \_ Appearance Bond secured by Real Property

- \_ Corporate Surety Bail Bond

- X (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _8/8/07_ at 3:15 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge