1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California   95814
4  Telephone: (916) 554-2793

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    2:07-cr-0314 FCD
                                 )
12         Plaintiff,            )    STIPULATION AND
                                 )    PROTECTIVE ORDER RE:
13      v.                       )    DISSEMINATION OF DISCOVERY
                                 )    DOCUMENTS CONTAINING ALLEGED
14  JOSE LUIS MORALES,           )    VICTIMS NAMES AND PERSONAL
    JUAN MORALES,                )    IDENTIFYING INFORMATION
15  ENRIQUE MORALES,             )
    TERESA MARIA MORALES,        )
16  PETRA PRECIADO MORALES,      )
    EDER MARTINEZ RIOS, and      )
17  EDGAR MARTINEZ RIOS,         )
                                 )
18         Defendants.           )
    _____ )
19

20      IT IS HEREBY STIPULATED AND AGREED among the parties and their

21  respective counsel, Matthew Stegman, Assistant U.S. Attorney,

22  representing plaintiff United States of America, and the undersigned

23  counsel for defendants, that the documents provided as discovery in

24  the above entitled case to defense counsel which contain names and

25  personal identification information such as addresses, social

26  security numbers, and other personal identifying information of

27  alleged victims of identity theft are subject to a Protective Order

28  and that by signing this Stipulation and Protective Order counsel

                                  1

agree not to share any such documents that contain personal identification information contained in these documents with anyone other than defense counsel and their designated defense investigators and support staff.  Any pages of discovery that contain no personal identification information, or contain only victim names, but no additional personal identifying information, are not subject to this order.

Defense counsel may permit the defendant to view the documents in the presence of his attorney or defense investigators, so long as defense counsel and the defense investigators do not allow the defendant to copy, by any means, the personal identification information contained in the discover, and defense counsel and the defense investigators do not allow the defendant to retain copies of these records.  It is further agreed that no other persons shall be allowed to examine these documents unless authorized by further order of this Court.

DATED:  September 24, 2007          McGregor W. Scott
                                    United States Attorney


                               By:   /s/ Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney


DATED:  September 24, 2007     By:   /s/ Miguel Hernandez
                                    MIGUEL HERNANDEZ
                                    Counsel for defendant
                                    Jose Luis Morales

DATED:  September 24, 2007     By:   /s/ Clarence Emmette Mahle
                                    CLARENCE EMMETT MAHLE
                                    Counsel for defendant
                                    Juan Morales

2

```
1    DATED: September 24, 2007    By:    /s/ Bruce Locke
                                         BRUCE LOCKE
2                                        Counsel for defendant
                                         Enrique Morales
3
4    DATED: September 24, 2007    By:    /s/ Tim Warriner
                                         TIM WARRINER
5                                        Counsel for defendant
                                         Teresa Maria Morales
6
7    DATED: September 24, 2007    By:    /s/ Donald P. Dorfman
                                         DONALD P. DORFMAN
8                                        Counsel for defendant
                                         Petra Preciado Morales
9
10
11        IT IS SO ORDERED:
12
     DATED: September 25, 2007
13
14
15                                   _____
                                     FRANK C. DAMRELL, JR.
16                                   UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28
                                     3
```