```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2793
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    2:07-cr-0314 FCD
                                 )
12          Plaintiff,           )    STIPULATION AND
                                 )    PROTECTIVE ORDER RE:
13      v.                       )    DISSEMINATION OF DISCOVERY
                                 )    DOCUMENTS CONTAINING ALLEGED
14  JOSE LUIS MORALES,           )    VICTIMS NAMES AND PERSONAL
    JUAN MORALES,                )    IDENTIFYING INFORMATION
15  ENRIQUE MORALES,             )
    TERESA MARIA MORALES,        )
16  PETRA PRECIADO MORALES,      )
    EDER MARTINEZ RIOS, and      )
17  EDGAR MARTINEZ RIOS,         )
                                 )
18          Defendants.          )
                                 )
19  _____
```

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Matthew Stegman, Assistant U.S. Attorney, representing plaintiff United States of America, and the undersigned counsel for defendants, that the documents provided as discovery in the above entitled case to defense counsel which contain names and personal identification information such as addresses, social security numbers, and other personal identifying information of alleged victims of identity theft are subject to a Protective Order and that by signing this Stipulation and Protective Order counsel

agree not to share any such documents that contain personal identification information contained in these documents with anyone other than defense counsel and their designated defense investigators and support staff. Any pages of discovery that contain no personal identification information, or contain only victim names, but no additional personal identifying information, are not subject to this order.

Defense counsel may permit the defendant to view the documents in the presence of his attorney or defense investigators, so long as defense counsel and the defense investigators do not allow the defendant to copy, by any means, the personal identification information contained in the discover, and defense counsel and the defense investigators do not allow the defendant to retain copies of these records. It is further agreed that no other persons shall be allowed to examine these documents unless authorized by further order of this Court.

DATED: September 24, 2007        McGregor W. Scott
                                                      United States Attorney

                                       By:   /s/ Matthew Stegman
                                               MATTHEW STEGMAN
                                               Assistant U.S. Attorney

DATED: September 24, 2007   By:   /s/ Miguel Hernandez
                                               MIGUEL HERNANDEZ
                                               Counsel for defendant
                                               Jose Luis Morales

DATED: September 24, 2007   By:   /s/ Clarence Emmette Mahle
                                               CLARENCE EMMETT MAHLE
                                               Counsel for defendant
                                               Juan Morales

DATED: September 24, 2007    By:    /s/ Bruce Locke
                                    BRUCE LOCKE
                                    Counsel for defendant
                                    Enrique Morales

DATED: September 24, 2007    By:    /s/ Tim Warriner
                                    TIM WARRINER
                                    Counsel for defendant
                                    Teresa Maria Morales

DATED: September 24, 2007    By:    /s/ Donald P. Dorfman
                                    DONALD P. DORFMAN
                                    Counsel for defendant
                                    Petra Preciado Morales

**IT IS SO ORDERED:**

DATED: September 25, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3