Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0314 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| TERESA MARIA MORALES, ) | |
| ENRIQUE MORALES, ) | |
| JOSE LUIS MORALES, ) | |
| JUAN MORALES, and PETRA ) | |
| PRECIADO MORALES, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is now scheduled for January 28, 2008 at 10:00 a.m.

2. This case involves an alleged complex scheme to defraud the Unemployment Insurance System. At this point, approximately 1,000 pages of discovery have been produced. The parties are in the process of reviewing the discovery and conducting investigation necessary to prepare for trial. In light of need for attorney preparation, a continuance of the status conference until **March 24, 2008** is requested.

3. It is stipulated by the parties that time continue to be excluded to March 24, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: January 24, 2008         /s/ Tim Warriner
                                Attorney for defendant, TERESA MARIA MORALES

DATED: January 24, 2008         /s/ Bruce Locke
                                Attorney for defendant, ENRIQUE MORALES

DATED: January 24, 2008         /s/ Miguel A. Hernandez
                                Attorney for defendant, JOSE LUIS MORALES

DATED: January 24, 2008         /s/ Clarence Emmett Mahle
                                Attorney for defendant, JUAN MORALES

DATED: January 24, 2008         /s/ Donald P. Dorfman
                                Attorney for defendant, PETRA PRECIADO MORALES

DATED: January 24, 2008         /s/ Matthew Stegman
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for January 28, 2008 be continued to March 24, 2008 at 10:00 a.m., and that time continue to be excluded to March 24, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: January 24, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE