Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0314 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| TERESA MARIA MORALES, ) | |
| ENRIQUE MORALES, ) | |
| JOSE LUIS MORALES, ) | |
| JUAN MORALES, and PETRA ) | |
| PRECIADO MORALES, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is now scheduled for March 24, 2008 at 10:00 a.m.

2. This case involves an alleged complex scheme to defraud the Unemployment Insurance System. At this point, approximately 1,000 pages of discovery have been produced. The parties continue to review the discovery and conduct investigation necessary to prepare for trial. In light of need for attorney preparation, a continuance of the status conference until **April 28, 2008** is requested.

3. It is stipulated by the parties that time continue to be excluded to April 28, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

1

| | | |
|---|---|---|
| DATED: March 20, 2008 | /s/ Tim Warriner | |
| | Attorney for defendant, TERESA MARIA MORALES | |
| DATED: March 20, 2008 | /s/ Bruce Locke | |
| | Attorney for defendant, ENRIQUE MORALES | |
| DATED: March 20, 2008 | /s/ Miguel A. Hernandez | |
| | Attorney for defendant, JOSE LUIS MORALES | |
| DATED: March 20, 2008 | /s/ Clarence Emmett Mahle | |
| | Attorney for defendant, JUAN MORALES | |
| DATED: March 20, 2008 | /s/ Donald P. Dorfman | |
| | Attorney for defendant, PETRA PRECIADO MORALES | |
| DATED: March 20, 2008 | /s/ Matthew Stegman | |
| | Assistant U.S. Attorney | |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for March 24, 2008 be continued to April 28, 2008 at 10:00 a.m., and that time continue to be excluded to April 28, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: March 21, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2