Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S.07-00314 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| TERESA MARIA MORALES, ENRIQUE MORALES, JOSE LUIS MORALES, JUAN MORALES, and PETRA PRECIADO MORALES, | |
| Defendants. | |

The parties hereby stipulate to the following:

1. A status conference in this matter is now scheduled for August 4, 2008 at 10:00 a.m.

2. This case involves an alleged complex scheme to defraud the Unemployment Insurance System. At this point, approximately 1,000 pages of discovery have been produced not including video tape/DVD evidence, which the parties must review to prepare for trial. The parties continue to review the discovery and conduct investigation necessary to prepare for trial as well as pretrial motions. Additionally, attorney Emmett Mahle will be involved in a jury trial and unavailable on August 4. In light of the need for attorney preparation and continuity of counsel, a continuance of the status conference until **September 2, 2008** is requested.

1

3. It is stipulated by the parties that time continue to be excluded to September 2, 2008 for preparation of counsel as well as continuity of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: July 31, 2008 /s/ Tim Warriner
Attorney for defendant, TERESA MARIA MORALES

DATED: July 31, 2008 /s/ Bruce Locke
Attorney for defendant, ENRIQUE MORALES

DATED: July 31, 2008 /s/ Miguel A. Hernandez
Attorney for defendant, JOSE LUIS MORALES

DATED: July 31, 2008 /s/ Clarence Emmett Mahle
Attorney for defendant, JUAN MORALES

DATED: July 31, 2008 /s/ Donald P. Dorfman
Attorney for defendant, PETRA PRECIADO MORALES

DATED: July 31, 2008 /s/ Matthew Stegman
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for August 4, 2008 be continued to September 2, 2008 at 10:00 a.m., and that time continue to be excluded to September 2, 2008 for preparation of counsel and continuity of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: July 31, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2