Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERESA MARIA MORALES, ) <br> ENRIQUE MORALES, ) <br> JOSE LUIS MORALES, ) <br> JUAN MORALES, and PETRA ) <br> PRECIADO MORALES, ) <br> ) <br> Defendants. ) <br> _____) | No. CR. S- 07-00314 FCD <br><br> STIPULATION AND ORDER <br> CONTINUING MOTION HEARING, <br> SETTING BRIEFING SCHEDULE, AND <br> EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A motions hearing in this matter is now scheduled for December 1, 2008 at 10:00 a.m.

2. This case involves an alleged complex scheme to defraud the Unemployment Insurance System. Counsel are requesting additional time to file motions, specifically a motion to suppress defendant's statement and a motion to suppress based upon the search warrant. All parties are in agreement that a motion hearing should be set for **April 6, 2009, at 10:00 a.m.**, and that time should continue to be excluded to that date for preparation of counsel (Local Code T4) as well as complexity (Local Code T2). The parties hereby request that the following briefing

1

schedule be adopted:

Motions due: March 2, 2009

Opposition to Motions due: March 23, 2009

Any Reply: March 30, 2009

Hearing date: April 6, 2009, 10:00 a.m.

DATED: November 21, 2008  /s/ Tim Warriner
Attorney for defendant, TERESA MARIA MORALES

DATED: November 21, 2008  /s/ Bruce Locke
Attorney for defendant, ENRIQUE MORALES

DATED: November 21, 2008  /s/ Miguel A. Hernandez
Attorney for defendant, JOSE LUIS MORALES

DATED: November 21, 2008  /s/ Clarence Emmett Mahle
Attorney for defendant, JUAN MORALES

DATED: November 21, 2008  /s/ Donald P. Dorfman
Attorney for defendant, PETRA PRECIADO MORALES

DATED: November 21, 2008  /s/ Matthew Stegman
Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the motions hearing set for December 1, 2008 be continued to April 6, 2008 at 10:00 a.m., and that time continue to be excluded to April 6, 2008 for preparation of counsel pursuant to Local Code T4, and complexity pursuant to Local Code T2.  18 U.S.C. 3161(h)(8)(B)(iv).  The court adopts the briefing schedule as stipulated by the parties and set forth herein.

DATED: November 21, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2