Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-07-00314 FCD |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING MOTION HEARING, |
| v. ) | SETTING BRIEFING SCHEDULE, AND |
| ) | EXCLUDING TIME |
| TERESA MARIA MORALES, ) | |
| ENRIQUE MORALES, ) | |
| JOSE LUIS MORALES, ) | |
| JUAN MORALES, and PETRA ) | |
| PRECIADO MORALES, ) | |
| Defendants. ) | |

The parties hereby stipulate to the following:

1. A motions hearing in this matter is now scheduled for April 6, 2009 at 10:00 a.m.

2. This case involves an alleged complex scheme to defraud the Unemployment Insurance System. Counsel are requesting additional time to file motions, specifically a motion to suppress defendant's statement and a motion to suppress based upon the search warrant. Additional time to file motions is needed as three defense counsel have been in a jury trial which began January 6, 2009, and is expected to continue through the second week in April, 2009. Counsel for Ms. Morales is also attempting to speak to relevant witnesses who are seasonal employees and to complete investigations. All parties are in agreement that a motion hearing

should be set for **August 10, 2009 at 10:00 a.m.**, and that time should continue to be excluded to that date for preparation of counsel (Local Code T4) as well as complexity (Local Code T2).  The parties hereby request that the following briefing schedule be adopted:

**Motions due: June 6, 2009**

**Opposition to Motions due: July 6, 2009**

**Any Reply: July 13, 2009**

**Hearing date: August 10, 2009, 10:00 a.m.**

DATED: March 31, 2009 /s/ Tim Warriner
Attorney for defendant, TERESA MARIA MORALES

DATED: March 31, 2009 /s/ Bruce Locke
Attorney for defendant, ENRIQUE MORALES

DATED: March 31, 2009 /s/ Miguel A. Hernandez
Attorney for defendant, JOSE LUIS MORALES

DATED: March 31, 2009 /s/ Clarence Emmett Mahle
Attorney for defendant, JUAN MORALES

DATED: March 31, 2009 /s/ Donald P. Dorfman
Attorney for defendant, PETRA PRECIADO MORALES

DATED: March 31, 2009 /s/ Matthew Stegman
Assistant U.S. Attorney

**<u>ORDER</u>**

GOOD CAUSE APPEARING, it is hereby ordered that the motions hearing set for April 6, 2009 be continued to August 10, 2009 at 10:00 a.m., and that time continue to be excluded to August 10, 2009 for preparation of counsel pursuant to Local Code T4, and complexity pursuant to Local Code T2. 18 U.S.C. 3161(h)(8)(B)(iv). The court adopts the briefing schedule as stipulated by the parties and set forth herein.

DATED: April 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE