Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERESA MARIA MORALES, ) <br> ENRIQUE MORALES, ) <br> JOSE LUIS MORALES, ) <br> JUAN MORALES, and PETRA ) <br> PRECIADO MORALES, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR. S-07-0314 FCD <br><br> STIPULATION AND ORDER <br> REGARDING MOTION HEARING, <br> SETTING BRIEFING SCHEDULE, AND <br> EXCLUDING TIME |

The parties hereby stipulate to the following:

1. Counsel for defendant Teresa Morales has filed a motion to suppress the client's statement to be heard on November 9, 2009 at 10:00 a.m.. The parties hereby stipulate that the motion hearing date of August 10, 2009 be vacated.

2. The parties stipulate that the court should adopt the following briefing schedule:

    Government's Response will be due September 9, 2009

    Defendant's Reply will be due on October 9, 2009

3. The parties further stipulate that time continue to be excluded until the November 9, 2009 motion date due to preparation of counsel (Local Code T4), complexity (Local Code T2), and due to the pending motion.

1

| | | |
|---|---|---|
| DATED: July 10, 2009 | /s/ Tim Warriner | |
| | Attorney for defendant, TERESA MARIA MORALES | |
| DATED: July 10, 2009 | /s/ Bruce Locke | |
| | Attorney for defendant, ENRIQUE MORALES | |
| DATED: July 10, 2009 | /s/ Miguel A. Hernandez | |
| | Attorney for defendant, JOSE LUIS MORALES | |
| DATED: July 10, 2009 | /s/ Clarence Emmett Mahle | |
| | Attorney for defendant, JUAN MORALES | |
| DATED: July 10, 2009 | /s/ Donald P. Dorfman | |
| | Attorney for defendant, PETRA PRECIADO MORALES | |
| DATED: July 10, 2009 | /s/ Matthew Stegman | |
| | Assistant U.S. Attorney | |

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that defendant Teresa Morales' motion to suppress her statement will be heard on November 9, 2009, at 10:00 a.m., and that the August 10, 2009 date be vacated. It is further ordered that time continue to be excluded to November 9, 2009 for preparation of counsel pursuant to Local Code T4, complexity pursuant to Local Code T2, and due to the pending motion. 18 U.S.C. 3161(h)(8)(B)(iv). The court adopts the briefing schedule as stipulated by the parties and set forth herein.

Dated: July 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE