BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
Enrique Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-07-314 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM JANUARY 11, 2010 TO MARCH 15, 2010 AT 10:00 A.M. |
| v. | |
| ENRIQUE MORALES, et. al., | |
| Defendants. | |

The defendants, by and through their attorneys, and the United States by and through its attorney, Matthew Stegman, hereby stipulate that the Status Conference currently scheduled for January 11, 2010 at 10:00 a.m., should be continued to March 15, 2010 at 10:00 a.m. The reason for the continuance is that the defense needs additional time to review the discovery. Accordingly, the time between January 11, 2010 and March 15, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Stegman and the other defense attorneys have authorized Mr. Locke to sign this document for them.

DATED: January 7, 2010        /S/ Bruce Locke
                                                                      BRUCE LOCKE
                                                                      Attorney for Enrique Morales

DATED: January 7, 2010     /S/  Bruce Locke
                           MIGUEL ANGEL HERNANDEZ
                           Attorney for Jose Luis Morales

DATED: January 7, 2010     /S/  Bruce Locke
                           CLARENCE EMMETT MAHLE
                           Attorney for Juan Morales

DATED: January 7, 2010     /S/  Bruce Locke
                           TIMOTHY F. WARRINER
                           Attorney for Teresa Maria Morales

DATED: January 7, 2010     /S/  Bruce Locke
                           DONALD P. DORFMAN
                           Attorney for Petra Preciado Morales

DATED: January 7, 2010     /S/ Bruce Locke
                           For MATTHEW STEGMAN
                           Assistant United States Attorney

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for January 11, 2010 is continued to March 15, 2010 at 10:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from January 11, 2010 until March 15, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

DATED: January 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2