MIGUEL A. HERNANDEZ, #66180
Attorney at Law
40 Central Ave.
Salinas, CA  93901
(831) 757-3925

Attorney for Defendant Jose Luis Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, ) | |
| ) | Case No. 2:07-cr-0314 FCD |
| Plaintiff, ) | |
| ) | |
| ) | STIPULATION AND PROPOSED |
| vs. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND |
| JOSE LUIS MORALES, ) | EXCLUDING TIME |
| ENRIQUE MORALES, ) | |
| TERESA MARIA MORALES, ) | |
| JUAN MORALES, and PETRA ) | |
| PRECIADO MORALES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties hereby stipulate to the following:

 1.  A status conference in this matter is now scheduled for Monday, April 15, 2010, at 10:00 a.m.

 2.  I am currently in a co-defendant attempted murder trial in Monterey County.  The trial will take about two more weeks.  I will not be able to make the court hearing on Monday, March 15, 2010.

 3.  This is my first request for a continuance aside from the time when I was involved in an automobile accident and was not able to get out of bed.

 4.  I request a continuance of the status conference until April 26, 2010.

1

5. It is stipulated by the parties that time continue to be excluded to April 26, 2010.

DATED: March 10, 2010          (s) Miguel A. Hernandez
                                         Attorney for Defendant, JOSE LUIS MORALES

DATED: March 10, 2010          (s) Tim Warriner
                                         Attorney for Defendant, TERESA MARIA MORALES

DATED: March 10, 2010          (s) Bruce Locke
                                         Attorney for Defendant, ENRIQUE MORALES

DATED: March 10, 2010          (s) Clarence Emmett Mahle
                                         Attorney for Defendant, JUAN MORALES

DATED: March 10, 2010          (s) Donald P. Dorfman
                                         Attorney for Defendant, PETRA PRECIADO MORALES

DATED: March 10, 2010          (s) Matthew Stegman
                                         Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for March 15, 2010, be continued to April 26, 2010, at 10:00 a.m., and that time continue to be excluded to April 26, 2010.

DATED: March 11, 2010

                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE