MIGUEL A. HERNANDEZ, #66180
Attorney at Law
40 Central Ave.
Salinas, CA 93901
(831) 757-3925

Attorney for Defendant Jose Luis Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, ) | |
| ) | Case No. 2:07-cr-0314 FCD |
| Plaintiff, ) | |
| ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING STATUS |
| ) | CONFERENCE AND |
| JOSE LUIS MORALES, ) | EXCLUDING TIME |
| ENRIQUE MORALES, ) | |
| TERESA MARIA MORALES, ) | |
| JUAN MORALES, and PETRA ) | |
| PRECIADO MORALES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties hereby stipulate to the following:

    1. A status conference in this matter is now scheduled for Monday, April 26, 2010, at 10:00 a.m.

    2. I am currently in a multiple defendant attempted murder trial in Monterey County. The trial will take about three to four weeks. I will not be able to make the court hearing on Monday, April 26, 2010.

    3. I request a continuance of the status conference until June 1, 2010.

    4. It is stipulated by the parties that time continue to be excluded to June 1, 2010.

DATED: April 22, 2010      <u>(s) Miguel A. Hernandez</u>
                                         Attorney for Defendant, JOSE LUIS MORALES

1

DATED:  April 22, 2010         (s) Tim Warriner
                               Attorney for Defendant, TERESA MARIA MORALES

DATED: April 22, 2010          (s) Bruce Locke
                               Attorney for Defendant, ENRIQUE MORALES

DATED: April 22, 2010          (s) Clarence Emmett Mahle
                               Attorney for Defendant, JUAN MORALES

DATED: April 22, 2010          (s) Donald P. Dorfman
                               Attorney for Defendant, PETRA PRECIADO MORALES

DATED: April 22, 2010          (s) Matthew Stegman
                               Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for April 26, 2010, be continued to June 1, 2010, at 10:00 a.m., and that time continue to be excluded to June 1, 2010.

DATED:  April 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE