C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JUAN MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERESA MARIA MORALES, ENRIQUE MORALES, JOSE LUIS MORALES, JUAN MORALES, and PETRA PRECIADO MORALES,<br><br>Defendants. | Case No.: CR.S-07 00314 FCD<br><br>ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that is scheduled for June 1, 2010, at 10:00 a.m., is hereby continued to July 26, 2010, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr. Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of counsel.

IT IS SO ORDERED.

DATED: May 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 1