BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
Enrique Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-07-314 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE STATUS |
| | ) | CONFERENCE FROM JULY 26 |
| v. | ) | 2010 TO AUGUST 16, 2010 AT |
| | ) | 10:00 A.M. |
| ENRIQUE MORALES, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

The defendants, by and through their attorneys, and the United States by and through its attorney, Matthew Stegman, hereby stipulate that the Status Conference currently scheduled for July 26, 2010 at 10:00 a.m., should be continued to August 16, 2010 at 10:00 a.m. The reason for the continuance is that the defense needs additional time to review the discovery and two attorneys cannot attend on the 26th. Accordingly, the time between July 26, 2010 and August 16, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Stegman and the other defense attorneys have authorized Mr. Locke to sign this document for them.

DATED: July 22, 2010                         ____/S/  Bruce Locke____
                                             BRUCE LOCKE
                                             Attorney for Enrique Morales

1

DATED: July 22, 2010                           /S/  Bruce Locke
                                        MIGUEL ANGEL HERNANDEZ
                                        Attorney for Jose Luis Morales

DATED: July 22, 2010                           /S/  Bruce Locke
                                        CLARENCE EMMETT MAHLE
                                        Attorney for Juan Morales

DATED: July 22, 2010                           /S/  Bruce Locke
                                        TIMOTHY F. WARRINER
                                        Attorney for Teresa Maria Morales

DATED: July 22, 2010                           /S/  Bruce Locke
                                        DONALD P. DORFMAN
                                        Attorney for Petra Preciado Morales

DATED: July 22, 2010                           /S/ Bruce Locke
                                        For MATTHEW STEGMAN
                                        Assistant United States Attorney

## ORDER

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for July 26, 2010 is continued to August 16, 2010 at 10:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from January 11, 2010 until February 16, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

DATED: July 22, 2010
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

2