C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JUAN MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERESA MARIA MORALES, ENRIQUE MORALES, JOSE LUIS MORALES, JUAN MORALES, and PETRA PRECIADO MORALES,<br><br>Defendants. | Case No.: CR. S-07-0314 FCD<br><br>STIPULATION AND ORDER |

**STIPULATION**

This matter is scheduled for Trial Confirmation Hearing on January 18, 2011 and Jury Trial on February 15, 2011 in the courtroom of the Honorable Frank C. Damrell, Jr. I have contacted counsel for all defendants, and counsel for the United States, AUSA Matthew C. Stegman, and they have all agreed, subject to the court's approval, to continue the Jury Trial to May 3, 2011 and the status conference to April 12, 2011 matter at 9:00 a.m.

At the time this matter was originally set, I was in a death penalty trial in the Superior Court in Sacramento. At that time, I had already been pre-assigned to a Jury Trial in a three-defendant gang homicide case for February 8, 2011 in front of the Honorable Michael Savage. Counsel in that case estimate that case would be concluded by late April, 2011.

All parties hereby agree and stipulate to a continuance of the Jury Trial to May 3, 2011 and the Trial Confirmation Hearing to April 12, 2011. in the courtroom of the Honorable Frank C.

Damrell, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED: 10-26-10         /s/ C. Emmett Mahle
                        C. EMMETT MAHLE
                        Attorney for Defendant
                        JUAN MORALES

DATED: 10-26-10         /s/ Timothy E. Warriner
                        TIMOTHY E. WARRINER
                        Attorney for Defendant
                        TERESA MARIA MORALES

DATED: 10-26-10         /s/ Bruce Locke
                        BRUCE LOCKE
                        Attorney for Defendant
                        ENRIQUE MORALES

DATED: 10-26-10         /s/ Miguel Angel Hernandez
                        MIGUEL ANGEL HERNANDEZ
                        Attorney for Defendant
                        JOSE LUIS MORALES

DATED: 10-26-10         /s/ Donald P. Dorfman
                        DONALD P. DORFMAN
                        Attorney for Defendant
                        PETRA PRECIADO MORALES

DATED: 10-26-10         /s/ Matthew C. Stegman
                        MATTHEW C. STEGMAN
                        Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Jury Trial that is scheduled for February 15, 2011 be continued to **Tuesday, May 3, 2011, at 9:00 a.m**., and the Trial Confirmation Hearing scheduled for January 18, 2011 be continued to **Monday, April 11, 2011 at 10:00 a.m.**, in the courtroom of the Honorable Frank C. Damrell, Jr. Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of counsel.

DATED: October 27, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE