BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
Enrique Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-07-314 FCD |
| Plaintiff, | STIPULATION AND ORDER VACATING THE TRIAL DATE AND THE TRIAL CONFIRMATION DATE AND SETTING NEW DATES |
| v. | |
| ENRIQUE MORALES, et. al., | |
| Defendants. | |

The defendants, by and through their attorneys, and the United States by and through its attorney, Matthew Stegman, hereby stipulate that the Trial Confirmation date currently scheduled for April 11, 2011 at 10:00 a.m., should be vacated and a new date set for August 8, 2011 at 10:00 a.m., and the Trial date currently scheduled for May 3, 2011 should be vacated and a new date set for September 7, 2011 at 9:00 a.m. The additional time is required by the Court's schedule and the defense attorneys' need to prepare for trial. Accordingly, the time between May 3, 2011, 2010 and September 7, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Stegman and the other defense attorneys have authorized Mr. Locke to sign this document for them.

DATED: March 24, 2011  /S/ Bruce Locke
BRUCE LOCKE
Attorney for Enrique Morales

1

|     |     |
| --- | --- |
| DATED: March 24, 2011 | /S/  Bruce Locke<br>MIGUEL ANGEL HERNANDEZ<br>Attorney for Jose Luis Morales |
| DATED: March 24, 2011 | /S/  Bruce Locke<br>CLARENCE EMMETT MAHLE<br>Attorney for Juan Morales |
| DATED: March 24, 2011 | /S/  Bruce Locke<br>TIMOTHY F. WARRINER<br>Attorney for Teresa Maria Morales |
| DATED: March 24, 2011 | /S/  Bruce Locke<br>DONALD P. DORFMAN<br>Attorney for Petra Preciado Morales |
| DATED: March 24, 2011 | /S/ Bruce Locke<br>For MATTHEW STEGMAN<br>Assistant United States Attorney |

**ORDER**

**IT IS SO ORDERED.**

DATED:  March 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE