1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) 2:07-CR-314 LKK
                                      )
12           Plaintiff,               )
                                      )
13      v.                            ) **ORDER CONTINUING STATUS**
                                      ) **CONFERENCE**
14 JOSE LUIS MORALES,                 )
   JUAN MORALES,                      )
15 ENRIQUE MORALES,                   )
   TERESA MARIA MORALES               )
16 PETRA PRECIADO MORALES,            )
                                      )
17           Defendants.

18                          **ORDER**

19      The parties appeared before the Court on Wednesday,

20 September 7, 2011, in case number 2:07-CR-314 LKK.  At that time,

21 based upon the representations and agreement of all counsel, the

22 Court ordered that the status conference and changes of plea set

23 for Wednesday, September 7, 2011, at 9:15 a.m., be continued to

24 Tuesday, September 20, 2011, at 9:15 a.m., and that the time

25 beginning September 7, 2011, and extending through September 20,

26 2011, was excluded from the calculation of time under the Speedy

27 Trial Act.  The exclusion of time is appropriate due to defense

28

                              1

1  counsel's need to prepare.  The additional time is necessary to

2  ensure defense counsel's effective preparation, taking into

3  account the exercise of due diligence.  18 U.S.C. §

4  3161(h)(7)(B)(iv); Local Code T4.

5      ACCORDINGLY, it is hereby ordered that the status conference

6  set for September 7, 2011, at 9:15 a.m., be continued to

7  September 20, 2011, at 9:15 a.m., and that the time beginning

8  September 7, 2011, and extending through September 20, 2011, be

9  excluded from the calculation of time under the Speedy Trial Act.

10 The Court finds that the interests of justice served by granting

11 this continuance outweigh the best interests of the public and

12 the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

13

14 IT IS SO ORDERED.

15

16 Dated: September 9, 2011

17

18 _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
19 UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

                    2           Order After Hearing
                                U.S. v. Morales, et al.
                                2:07-314 LKK