BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE LUIS MORALES,<br>JUAN MORALES,<br>ENRIQUE MORALES,<br>TERESA MARIA MORALES,<br>PETRA PRECIADO MORALES,<br>EDER MARTINEZ MORALES, and<br>EDGAR MARTINEZ MORALES,<br><br>    Defendants. | 2:07-CR-314 LKK<br><br>**ORDER AFTER HEARING CONTINUING STATUS CONFERENCE** |

**ORDER**

The United States, and defendants Jose Luis Morales, Juan Morales, Enrique Morales, Teresa Maria Morales, and Petra Preciado Morales, along with their attorneys, appeared before the Court on Tuesday, September 20, 2011, in case number 2:07-CR-314 LKK. At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference and changes of plea set for Tuesday, September 20, 2011, at 9:15 a.m., be continued to Tuesday, November 29, 2011, at 9:15 a.m.,

1

1 and that the time beginning September 20, 2011, and extending
2 through November 29, 2011, was excluded from the calculation of
3 time under the Speedy Trial Act. The exclusion of time is
4 appropriate due to defense counsel's need to prepare. The
5 additional time is necessary to ensure defense counsel's
6 effective preparation, taking into account the exercise of due
7 diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for September 20, 2011, at 9:15 a.m., be continued to November 29, 2011, at 9:15 a.m., and that the time beginning September 20, 2011, and extending through November 29, 2011, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: September 26, 2011

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT