```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160
```

Attorney for Defendant
JOSE LUIS MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 07-314 LKK |
| Plaintiff, ) | |
| v. ) | ORDER AFTER HEARING CONTINUING STATUS CONFERENCE |
| JOSE LUIS MORALES, ) | |
| Defendant ) | |
| _____ ) | |

The United States, and Defendant, Jose Luis Morales, along with his Counsel, Dina L. Santos, appeared before the Court on Tuesday, December 13, 2011, in case number CRS 07-314 LKK. At that time, based upon the representations and agreement of all Counsel, the Court ordered that a status conference be set for Tuesday, February 14, 2012. The Court also confirmed the already set jury trial date of June 26, 2012, and that the time beginning December 13, 2011, and extending through June 26, 2012, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense Counsel's need to effectively prepare and take into account the

exercise of due diligence.  18 U.S.C. Section 3161(h)(7)(B)(iv); Local Code T-4.

ACCORDINGLY, IT IS HEREBY ORDERED, that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

O R D E R

IT IS SO ORDERED.

By the Court,

Dated: December 19, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT