Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-07-00314 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | VACATING TRIAL DATE, SETTING |
| v. ) | STATUS CONFERENCE, AND |
| ) | EXCLUDING TIME |
| TERESA MARIA MORALES, ) | |
| ENRIQUE MORALES, ) | |
| JOSE LUIS MORALES, ) | |
| JUAN MORALES, and PETRA ) | |
| PRECIADO MORALES, ) | |
| ) | |
| Defendants. ) | |

The parties hereby stipulate to the following:

1. This matter is set for jury trial to begin on June 26, 2012, and for a trial readiness conference on June 12, 2012.

2. In response to the discovery motion filed by counsel for Teresa Morales, the government has located and agreed to produce for inspection and use by the defense the following discovery materials: 22 banker boxes of relevant documents located at the United States Postal Inspection Service office in Richmond, California; 18 banker boxes of relevant documents at the Employment Development Department office in Sacramento; 2 desktop computers; 57 video tapes; and 6 DVDs from Jalisco Market. The documents produced by the government approximate 20,000 pages of materials.

3. Counsel for Teresa Morales is working with the National Litigation Support Administrator Office of Defender Services in Oakland, California, in order to arrange for the documents to be scanned, coded, and distributed to all defense counsel.

4. The new discovery will impact the defense of this case, including the litigation strategies of defense counsel. All defense counsel will need time to review the discovery and to conduct any additional investigation based upon the newly discovered materials. In light of this, all defense counsel and counsel for the government stipulate that the trial date be vacated. It is further stipulated that in lieu of the June 12, 2012 trial readiness conference, that a status conference be set on that date. The foregoing schedule will permit counsel to obtain the new discovery and to intelligently address the issue of setting a new trial date.

5. It is stipulated by the parties that time continue to be excluded to June 12, 2012 for preparation of counsel pursuant to local code T4. 18 U.S.C. § 3161(h)(7)(B)(iv). It is further stipulated that the ends of justice served by granting this continuance outweigh the interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: March 9, 2012  /s/ Timothy E. Warriner
Attorney for defendant, TERESA MARIA MORALES

DATED: March 9, 2012  /s/ Bruce Locke
Attorney for defendant, ENRIQUE MORALES

DATED: March 9, 2012  /s/ Dina L. Santos
Attorney for defendant, JOSE LUIS MORALES

DATED: March 9, 2012  /s/ Kelly Babineau
Attorney for defendant, JUAN MORALES

DATED: March 9, 2012  /s/ Donald P. Dorfman
Attorney for defendant, PETRA PRECIADO MORALES

| | |
|---|---|
| DATED: March 9, 2012 | /s/ Kyle Reardon <br> Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the jury trial set for June 26, 2012 and trial readiness conference set for June 12, 2012 be vacated, and that this matter be set for a status conference on June 12, 2012 at 9:15 a.m. It is further ordered that time continue to be excluded to June 12, 2012 for preparation of counsel pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv). The court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: March 14, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT JUDGE