**DINA L. SANTOS**
A Professional Law Corp
State Bar No. 204200
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for Petitioner
JOSE LUIS MORALES

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> **JOSE LUIS MORALES** ) <br> ) <br> Defendant ) <br> ) <br> _____ ) | CR. S-07-314 LKK <br><br> WAIVER OF DEFENDANT'S PRESENCE |

The defendant, JOSE LUIS MORALES, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence. Defendant hereby request the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of her rights under Title 18

1  U.S.C. Section 3161 - 3174 (Speedy Trial Act), and has authorized his attorney to set times and
2  delays under the provisions of that Act without defendant being present.

Dated: June 11, 2012                                /s/ Jose Luis Morales
                                                    JOSE LUIS MORALES
                                                    Defendant

Dated: June 11, 2012                                /s/ Dina L. Santos
                                                    DINA L. SANTOS
                                                    Attorney for
                                                    JOSE LUIS MORALES

## ORDER

IT IS SO ORDERED.

Dated:  June 11, 2012                               _____
                                                    LAWRENCE K. KARLTON
                                                    SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT