BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
Enrique Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ENRIQUE MORALES, <br><br> Defendant. | No. CR. S-07-314 LKK <br><br> STIPULATION AND CONTINUING THE STATUS CONFERENCE FROM OCTOBER 30, 2012 TO DECEMBER 11, 2012 |

The defendants, by and through their attorneys, and the United States by and through its attorney, Kyle Reardon, hereby stipulate that the Status Conference currently scheduled for October 30, 2012 at 9:15 a.m., should be continued to December 11, 2012 at 9:15 a.m. The additional time is required for the government to provide the defense with additional discovery. Accordingly, the time between October 30, 2012 and December 11, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Reardon and the other defense attorneys have authorized Mr. Locke to sign this document for them.

DATED: October 27, 2012            /S/ Bruce Locke
                                                        BRUCE LOCKE
                                                        Attorney for Enrique Morales

DATED: October 27, 2012                /S/ Bruce Locke
                                       KELLY BABINEAUX
                                       Attorney for Jose Luis Morales

DATED: October 27, 2012                /S/ Bruce Locke
                                       DINA SANTOS
                                       Attorney for Juan Morales

DATED: October 27, 2012                /S/ Bruce Locke
                                       TIMOTHY F. WARRINER
                                       Attorney for Teresa Maria Morales

DATED: October 27, 2012                /S/ Bruce Locke
                                       DONALD P. DORFMAN
                                       Attorney for Petra Preciado Morales

DATED: October 27, 2012                /S/ Bruce Locke
                                       For KYLE REARDON
                                       Assistant United States Attorney

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on October 29, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, October 30, 2012, be continued to **Tuesday, December 11, 2012 at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 29, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from October 30, 2012, through and including December 11, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) [reasonable time to prepare] and Local Code T4.

DATED: October 29, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT