Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERESA MARIA MORALES, ) <br> ENRIQUE MORALES, ) <br> JOSE LUIS MORALES, ) <br> JUAN MORALES, and PETRA ) <br> PRECIADO MORALES, ) <br> ) <br> Defendants. ) <br> _____) | No. CR S 07 00314 LKK <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE <br> AND EXCLUDING TIME |

The parties hereby stipulate to the following:

     A status conference is presently set for December 11, 2012. Counsel for Ms. Morales is arranging to have approximately 10,000 pages of discovery scanned and distributed to counsel. The copy service will soon be providing an estimate for this service, and counsel will then request authorization from the court to pay for the scanning of the discovery. However, additional time is needed to complete this process. Therefore, the parties request and stipulate that the status conference be continued to February 5, 2013. The parties further stipulate that time continue to be excluded until the February 5, 2013 status conference due to preparation of counsel (Local Code T4), and that the interests of justice in excluding time outweigh the interests of the defendants and the public in a speedy trial.

1

| | | |
|---|---|---|
| DATED: December 5, 2012 | /s/ Timothy E. Warriner<br>Attorney for defendant, TERESA MARIA MORALES | |
| DATED: December 5, 2012 | /s/ Bruce Locke<br>Attorney for defendant, ENRIQUE MORALES | |
| DATED: December 5, 2012 | /s/ Dina Santos<br>Attorney for defendant, JOSE LUIS MORALES | |
| DATED: December 5, 2012 | /s/ Kelly Babineau<br>Attorney for defendant, JUAN MORALES | |
| DATED: December 5, 2012 | /s/ Donald P. Dorfman<br>Attorney for defendant, PETRA PRECIADO MORALES | |
| DATED: December 5, 2012 | /s/ Kyle Reardon<br>Assistant U.S. Attorney | |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference now set for December 11, 2012 be continued to February 5, 2013 at 9:15 a.m. It is further ordered that time continue to be excluded to February 5, 2013 for preparation of counsel pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) and Local Code T4. Pursuant to the stipulation of the parties, the court finds that the interests of justice in excluding time outweigh the interests of the defendants and the public in a speedy trial..

DATED: December 6, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT