Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S 07 00314 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| TERESA MARIA MORALES, ENRIQUE MORALES, JOSE LUIS MORALES, JUAN MORALES, and PETRA PRECIADO MORALES, | |
| Defendants. | |

The parties hereby stipulate to the following:

     A status conference is presently set for February 5, 2013. Counsel for Ms. Morales has requested advance authorization from the court to have approximately 10,000 pages of discovery scanned and distributed to counsel. Additional time is needed to complete this process and for counsel to conduct an initial review of the discovery. Therefore, the parties request and stipulate that the status conference be continued to March 5, 2013. The parties further stipulate that time continue to be excluded until the March 5, 2013 status conference due to preparation of counsel (Local Code T4), and that the interests of justice in excluding time outweigh the interests of the defendants and the public in a speedy trial.

     DATED: February 1, 2013     /s/ Timothy E. Warriner

1

|   |   |
|---|---|
|   | Attorney for defendant, TERESA MARIA MORALES |
| DATED: February 1, 2013 | /s/ Bruce Locke<br>Attorney for defendant, ENRIQUE MORALES |
| DATED: February 1, 2013 | /s/ Dina Santos<br>Attorney for defendant, JOSE LUIS MORALES |
| DATED: February 1, 2013 | /s/ Kelly Babineau<br>Attorney for defendant, JUAN MORALES |
| DATED: February 1, 2013 | /s/ Donald P. Dorfman<br>Attorney for defendant, PETRA PRECIADO MORALES |
| DATED: February 1, 2013 | /s/ Kyle Reardon<br>Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference now set for February 5, 2103 be continued to March 5, 2013 at 9:15 a.m. It is further ordered that time continue to be excluded to March 5, 2013 for preparation of counsel pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) and Local Code T4. Pursuant to the stipulation of the parties, the court finds that the interests of justice in excluding time outweigh the interests of the defendants and the public in a speedy trial..

DATED: February 4, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT