Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TERESA MARIA MORALES,<br>ENRIQUE MORALES,<br>JOSE LUIS MORALES,<br>JUAN MORALES, and PETRA<br>PRECIADO MORALES,<br><br>    Defendants. | No. CR. S-07-00314 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME |

The parties hereby stipulate to the following:

    A status conference is presently set for March 7, 2013. Counsel for Ms. Morales has requested advance authorization from the court to have approximately 10,000 pages of discovery scanned and distributed to counsel. Additional time is needed to complete this process and for counsel to conduct an initial review of the discovery. Therefore, the parties request and stipulate that the status conference be continued to April 23, 2013. The parties further stipulate that time continue to be excluded until the April 23, 2013 status conference due to preparation of counsel (Local Code T4), and that the interests of justice in excluding time outweigh the interests of the defendants and the public in a speedy trial.

    DATED: February 28, 2013      /s/ Timothy E. Warriner

1

|   |   |   |
|---|---|---|
| DATED: February 28, 2013 | | Attorney for defendant, TERESA MARIA MORALES |
| DATED: February 28, 2013 | /s/ Bruce Locke | Attorney for defendant, ENRIQUE MORALES |
| DATED: February 28, 2013 | /s/ Dina Santos | Attorney for defendant, JOSE LUIS MORALES |
| DATED: February 28, 2013 | /s/ Kelly Babineau | Attorney for defendant, JUAN MORALES |
| DATED: February 28, 2013 | /s/ Donald P. Dorfman | Attorney for defendant, PETRA PRECIADO MORALES |
| DATED: February 28, 2013 | /s/ Kyle Reardon | Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference now set for March 7, 2103 be continued to April 23, 2013 at 9:15 a.m. It is further ordered that time continue to be excluded to April 23, 2013 for preparation of counsel pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) and Local Code T4. Pursuant to the stipulation of the parties, the court finds that the interests of justice in excluding time outweigh the interests of the defendants and the public in a speedy trial..

DATED: March 1, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT