1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOSE LUIS MORALES
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )  No. CRS 07-314
                                )
13         Plaintiff,            )
                                )  STIPULATION AND ORDER VACATING
14    v.                        )  DATE, CONTINUING CASE, AND
                                )  EXCLUDING TIME
15 JOSE LUIS MORALES,            )
               et al,           )
16         Defendants.           )  Date:  September 10, 2013
                                )  Time:  9:15 a.m.
17 _____)  Judge: Hon. Karlton

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney KYLE REARDON, Counsel for Plaintiff, and Attorney Dina L.

21 Santos, Counsel for Defendant JOSE LUIS MORALES; Attorney Kelly

22 Babineau, Counsel for Defendant JUAN MORALES; Attorney Bruce Locke,

23 Counsel for Defendant ENRIQUE MORALES; Attorney Timothy Warriner,

24 Counsel for Defendant TERESA MARIA MORALES; Attorney Donald Dorfman,

25 Counsel for Defendant PETRA PRECIADO MORALES; that the status

26 conference scheduled for June 25, 2013, be vacated and the matter be

27 continued to this Court's criminal calendar on September 10, 2013, at

28 9:15 a.m., for further status.

This continuance is requested by the defense in order to continue further client consultation concerning available courses of action, review of the thousands of documents that were provided within the last few months, and to continue in negotiations with the Prosecutor to attempt to reach an acceptable disposition.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the September 10, 2013 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: June 21, 2013      /s/ Dina L. Santos
                          DINA L. SANTOS
                          Attorney for Defendant
                          JOSE LUIS MORALES


Dated: June 21, 2013      /s/ Kelly Babineau
                          KELLY BABINEAU
                          Attorney for Defendant
                          JUAN MORALES

Dated: June 21, 2013      /s/ Bruce Locke
                          BRUCE LOCKE
                          Attorney for Defendant
                          ENRIQUE MORALES

| | | |
|---|---|---|
| Dated: June 21, 2013 | | /s/ Timothy Warriner<br>TIMOTHY WARRINER<br>Attorney for Defendant<br>TERESA MARIA MORALES |
| Dated: June 21, 2013 | | /s/ Donald Dorfman<br>DONALD DORFMAN<br>Attorney for Defendant<br>PETRA PRECIADO MORALES |
| Dated: June 21, 2013 | | /s/ Kyle Reardon<br>KYLE REARDON<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: June 24, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT