Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Teresa Morales

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TERESA MARIA MORALES, ENRIQUE MORALES, JOSE LUIS MORALES, JUAN MORALES, and PETRA PRECIADO MORALES,<br><br>        Defendants. | Case No. CR S 07–00314 LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

A status conference is presently set for April 15, 2014 at 9:15 a.m. The parties are attempting to reach a global resolution of this case, and more time is needed for this purpose, and due to defense counsel's need for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The parties hereby stipulate that the status conference shall be continued to May 20, 2014 at 9:15 a.m., and that time be excluded to that date.

DATED: April 11, 2014                                      /s/ Timothy E. Warriner, Attorney for Teresa Morales

DATED: April 11, 2014                                      /s/ Bruce Locke, Attorney for Enrique Morales

| | |
|---|---|
| DATED: April 11, 2014 | /s/ Dina Santos, Attorney for Jose Luis Morales |
| DATED: April 11, 2014 | /s/ Kelly Babineau, Attorney for Juan Morales |
| DATED: April 11, 2014 | /s/ Donald P. Dorfman, Attorney for Petra Preciado Morales |
| DATED: April 11, 2014 | /s/ Kyle Reardon, Assistant U.S. Attorney |

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the status conference set for April 15, 2014 at 9:15 a.m., be continued to May 20, 2014 at 9:15 a.m., and that the time beginning April 15, 2014, and extending through May 20, 2014, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: April 14, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT