IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00314-KJM |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE LUIS MORALES, | |
| Defendant. | |

The United States' Motion to Dismiss the Indictment only as it relates to defendant Jose Luis Morales is **GRANTED**.

Dated: September 4, 2015.

_____
UNITED STATES DISTRICT JUDGE