1 **DINA L. SANTOS, SBN 204200**
A Professional Law Corp.
2 State Bar No. 204200
428 J Street, Suite 359
3 Sacramento, CA 95814
Telephone: (916) 447-0160
4 Facsimile: (916) 447-2988

Attorney for Defendant
JOSE MORALES

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:07-CR-0314 KJM |
| Plaintiff, | REQUEST FOR ORDER & PROPOSED ORDER EXONERATING BOND |
| v. | |
| JOSE MORALES, | |
| Defendant. | |

In the above referenced case, Morales was ordered released on a $35,000 Secured Bond. The property located at 371 Angus Drive, Gonzales, California, owned by Mr. Manuel Mercado Aguilar, was posted and a deed of trust and promissory note was recorded against this property:

The above captioned matter has now been dismissed. It is hereby requested that the Secured bond referenced above be exonerated and that the Clerk of the District Court be directed to reconvey back to the Surities, the Deeds of Trust and Promissory Notes.

Dated: October 11, 2015   /s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
JOSE MORALES

# ORDER

It is hereby ordered that the Secured bond in the amount of $35,000, posted by and secured by a deed of trust and promissory note from the following property and person:

>Manuel Mercado Aguilar
>371 Angus Drive
>Gonzales, CA 93926

is hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable to reconvey back to the Trustor the Deeds of Trust and Promissory Notes.

Dated: October 14, 2015

_____
UNITED STATES DISTRICT JUDGE